UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARISH HICKMAN,

        Plaintiff,

v.                                    CASE NO. 5:06-cv-12429
                                     HONORABLE JOHN CORBETT O'MEARA

WAYNE COUNTY
SHERIFF'S DEPARTMENT,

        Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff Parish Hickman is a state prisoner who initiated this action by filing a *pro se* civil rights complaint on May 31, 2006. The complaint alleges that Plaintiff was subjected to sexual harassment and physical abuse while he was confined at the Wayne County Jail. Because Plaintiff failed to comply with certain procedural requirements when filing his complaint, the Court ordered him on June 5, 2006, to correct the procedural deficiencies and to show cause why his complaint should not be dismissed.[1] The Court warned Plaintiff that failure to comply with the Court's order within twenty-one days could result in a dismissal of this action.

To date, Plaintiff has not complied with the Court's order. Therefore, his complaint is DISMISSED without prejudice for failure to prosecute and for failure to comply with the Court's

---

[1] Plaintiff did not pay the filing fee, nor apply for leave to proceed without prepayment of fees and costs for this action, *see* 28 U.S.C. § 1915(a) and (b), and he did not include a copy of his complaint for service on the defendant. He also failed to show that he had exhausted administrative remedies for his claims by enclosing a copy of the decision on his administrative grievance or by describing the administrative proceedings and their outcome with specificity. *See Knuckles El v. Toombs*, 215 F.3d 640, 642 (6th Cir. 2000) (citing *Brown v. Toombs*, 139 F.3d 1102, 1104 (6th Cir. 1998)).

previous order.  Fed. R. Civ. P. 41(b); Local Rule 41.2 (E.D. Mich. Mar. 2, 1998).

S/JOHN CORBETT O'MEARA<br>UNITED STATES DISTRICT JUDGE

Dated: July 28, 2006

Certificate of Service

    I hereby certify that a copy of this Order was served upon the attorneys and/or parties of record by electronic means or U. S. Mail on July 28, 2006.

s/William J. Barkholz<br>Courtroom Deputy Clerk